NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**TECHNICAL WITTS, INC.,**
*Plaintiff-Appellant,*

v.

**SKYNET ELECTRONIC CO., LTD. and SKYNET ELECTRONIC CORPORATION,**
*Defendants-Appellees,*

**and**

**SILICON VALLEY WORLD TRADE CORPORATION, (DOING BUSINESS AS AMERICAN SKYNET COMPANY) and ADVANCED TECHNICAL SALES, INC. (DOING BUSINESS AS ATS, INC., AND ALSO KNOWN AS TRADEWISE),**
*Defendants-Appellees.*

---

2010-1333

---

Appeal from the United States District Court for the District of Arizona in case no. 04-CV-2025, Judge Mary H. Murguia.

---

**ON MOTION**

---

## ORDER

Upon consideration of Technical Witts, Inc.'s unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**JUN 0 3 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael Gerity, Esq.
    Frederick S. Frei, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 3 2010

**JAN HORBALY**
**CLERK**